MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JORDAN MARK SAMFORD HASTIE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-00898-CKD<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR EXTENSIONN OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the approval of the Court, that Defendant shall have a 35-day extension of time, from November 28, 2018 to January 2, 2019, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because the undersigned counsel for Defendant has been out on leave and needs additional time to complete her review of the sizable administrative record, to evaluate the issues raised in Plaintiff's Motion, to determine whether

options exist for settlement, and to accommodate competing workload demands.  Plaintiff does not oppose Defendant's request for an extension of time.

Respectfully submitted,

Dated: November 23, 2018    OSTERHOUT BERGER DISABILITY LAW LLC

By: */s/ Lindsay F. Osterhout*\*
    Lindsay F. Osterhout
    Attorneys for Plaintiff
    [*As authorized by e-mail on Nov. 23, 2018]

Dated: November 26, 2018    MCGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By: */s/ Margaret Branick-Abilla*
    MARGARET BRANICK-ABILLA
    Special Assistant United States Attorney
    Attorneys for Defendant

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  November 26, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE